FILED:  August 12, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-6848

_____

MARC PIERRE HALL,

>Plaintiff – Appellant,

v.

UNITED STATES OF AMERICA,

>Defendant – Appellee.

_____

O R D E R

_____

The Court amends its opinion filed on August 10, 2022, as follows:

On page 2, the page number is added to the bottom of the page.

On page 5, in the citation from *Jones v. Bock*, the single quotation mark after "of"
is changed to a double quotation mark, and the double quotation mark after "succeed" is
deleted.

>For the Court – By Direction

>/s/ Patricia S. Connor, Clerk